**Below is the Order of the Court.**



_____

**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

---

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>JORDAN MATTHEW TRUSTY,<br><br>          Debtor. | Bankruptcy No. 24-11909-TWD |
| JORDAN TRUSTY,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and AIDVANTAGE,<br><br>          Defendants. | Adversary No. 24-01050-TWD<br><br>**ORDER DISMISSING AND CLOSING PROCEEDING** |

This matter came before the Court on the Court's Order to Show Cause Why the Proceeding Should Not Be Dismissed and Closed [Docket No. 4] ("OSC"). No responses to the OSC were filed. The Court has reviewed and considered the OSC and the records and files in this adversary proceeding. The Court finds cause to enter an order dismissing and closing this adversary proceeding.

ORDER DISMISSING AND CLOSING PROCEEDING - 1

It is hereby ORDERED that:

1.      All unresolved claims in this adversary proceeding are DISMISSED.

2.      The Clerk of Court may close this adversary proceeding.

**/// End of Order ///**